IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Charmaine Kenya Inabinett, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:17-CV-03307-TMC |
| v. ) | |
| ) | **ORDER** |
| Nancy A. Berryhill, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon consideration of the record, including Defendant's Motion to Remand, it is hereby ordered that Defendant's Motion for Remand (ECF No. 17) is **GRANTED**. Counsel for Defendant has consulted Plaintiff's counsel regarding this motion and states that Plaintiff consents to the remand of this action. (ECF No. 17 at 2). Pursuant to the power of this court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for a remand of this action for further proceedings, the Commissioner's decision is hereby **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g). The case shall be **REMANDED** to the administrative law judge for further proceedings, where the administrative law judge will hold a new hearing and issue a new decision that fully considers the opinion of Michael Neboschick, M.D. and includes a function-by-function assessment of the claimant's work-related mental limitations.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina
July 27, 2018